# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M. | U.S. District Court, E.D. Mich | 05/08/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 W. Lafayette Blvd. Rm. 802 <br> Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Custodian accounts 1 through 9 |
| 2. Director | High Sierra, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Lawson, David M.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 6/23/09 | Rutter Group (seminar taught) | $500.00 |
| 2. | 12/21/09 | Thomas M. Cooley Law School (Teaching) | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2009 | Ford Motor Company (wages) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEAK | August 14 | Hyannis, Massachusetts | Seminar taught | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Detroit Edison Common Stock | B | Dividend | K | T | | | | | |
| 2. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3. Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4. CGM Advisor Targeted Eq | A | Dividend | | | Sold | 2/25/09 | J | A | |
| 5. Loomis Sayles Value Fund (f/k/a IXIS Value Fund A) | A | Dividend | | | Sold | 2/25/09 | J | A | |
| 6. American Funds – Bond Fund of America* | A | Dividend | J | T | | | | | |
| 7. American Funds -- New Economy Fund* | A | Dividend | J | T | | | | | |
| 8. American Funds -- New Perspective Fund* | A | Dividend | J | T | | | | | |
| 9. High Sierra, Inc. | | None | K | T | | | | | |
| 10. American Funds -- Growth Fund of America (Class A) | A | Dividend | | | Sold | 2/25/09 | J | A | |
| 11. American Funds -- Growth Fund of America (Custodian) | B | Dividend | K | T | | | | | |
| 12. Courtland General Money Market Fund* | B | Interest | | | Closed | 12/29/09 | K | | |
| 13. Short Term U.S. Govt. Cl. B. fund* | B | Interest | | | Closed | 12/29/09 | J | | |
| 14. Goldman Sachs Select Equity Fund* | A | Dividend | | | Sold | 2/3/09 | K | A | |
| 15. Oppenheimer Equity Fund Class A* | A | Dividend | | | Sold | 12/29/09 | J | A | |
| 16. Davis N Y Venture Fund* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 17. Eaton Vance Growth & Income Fund (Large Cap)* | A | Dividend | | | Sold | 12/29/09 | K | A | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Touchstone Strategic Trust (f/k/a Large Cap Growth Fund)* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 19. Evergreen Specail Values Fund* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 20. Value Line Emerging Opportunities Fund* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 21. Charter One Bank | A | Interest | K | T | | | | | |
| 22. Virtus Small Cap f/k/a (Phoenix Insight Small Cap)* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 23. Northern Small Cap Value Fund* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 24. Growth Fund of America Class F* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 25. American Europacific Growth Fund* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 26. Fidelity Advisor Diversified Int'l Fund Europacific* | A | Dividend | | | Sold | 12/29/09 | K | A | |
| 27. T Rowe Price Emerging Markets Fund* | A | Dividend | | | Sold | 12/29/09 | J | A | |
| 28. IXIS AEW Real Estate Fund (Custodian) | | None | J | T | | | | | |
| 29. IXIS CGM Advance Targeted Equity Fund (Custodian) | A | Dividend | J | T | | | | | |
| 30. Ford Motor Company Common | | None | L | T | Buy (add'l) | 4/16/09 | J | | |
| 31. Ford Motor Company Common | | None | | | Buy (add'l) | 3/3/09 | K | | |
| 32. BGI Life Path Fund* | A | Int./Div. | J | T | Buy | 11/17/09 | J | | |
| 33. Fidelity Investments Managed Fund* | A | Int./Div. | J | T | Buy | 11/30/09 | J | | |
| 34. TPS G Fund | A | Int./Div. | J | T | Buy | 10/30/09 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   TPS G Fund | | None | | | Buy (add'l) | 11/3/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Minors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/08/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544